**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JAMES COLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   Case No. CIV-11-1351-R |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF JUSTICE, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Supplemental Report and Recommendation entered May 31, 2012 by United States Magistrate Judge Gary M. Purcell. Doc. No. 21. No objection to the Supplemental Report and Recommendation has been filed nor has an extension of time in which to file an objection been sought or granted. Therefore, the Supplemental Report and Recommendation in this case is ADOPTED and this case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b) and § 1915(e)(2)(B).

IT IS SO ORDERED this 25th day of June, 2012.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE